UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 02 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00054 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| TAMARCUS LORENZO WILSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about July 5, 2021, the defendant,

TAMARCUS LORENZO WILSON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Possession of a controlled substance Sch. VI with purpose to deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2019-3082; and

2.  Fleeing, theft by receiving value >$5,000 < $25,000, and criminal mischief damage > $1,000 =< $5,000, in Drew County, Arkansas, Circuit Court in Case Number 22CR-19-020.

B.  On or about July 5, 2021, in the Eastern District of Arkansas, the defendant,

TAMARCUS LORENZO WILSON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson, Model SD40, .40 caliber pistol, bearing serial number FCZ4217, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

A. On or about September 19, 2021, the defendant,

TAMARCUS LORENZO WILSON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a controlled substance Sch. VI with purpose to deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 2019-3082; and

2. Fleeing, theft by receiving value >$5,000 < $25,000, and criminal mischief damage > $1,000 =< $5,000, in Drew County, Arkansas, Circuit Court in Case Number 22CR-19-020.

B. On or about September 19, 2021, in the Eastern District of Arkansas, the defendant,

TAMARCUS LORENZO WILSON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, Model 19, 9mm caliber pistol, bearing serial number BTBX898, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 or 2 of this Indictment, the defendant, TAMARCUS LORENZO WILSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]